## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **vs.** | * | **Case No.: 21-mj-00110 RMM** |
| **JORGE A. RILEY** | * | |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ENTRY OF APPEARANCE</u>

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Jorge A. Riley (defendant).

I certify that I am admitted to practice in this court.

February 3, 2021

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
Bar Number 5883
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
mlawlor@verizon.net